IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRONE CADE,<br>   *Petitioner*, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL NO. 3:17-CV-03396-G |
| LORIE DAVIS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>   *Respondent*. | §<br>§<br>§<br>§<br>§<br>§ | (Death Penalty Case) |

## RESPONDENT'S UNOPPOSED MOTION
## TO SUBSTITUTE COUNSEL

This is a federal habeas corpus proceeding initiated by Petitioner Tyrone Cade, a death-sentenced Texas inmate, pursuant to 28 U.S.C. § 2254. This case has recently been reassigned to the undersigned counsel. Accordingly, the Director respectfully requests that former Assistant Attorney General Ali M. Nasser be withdrawn and removed as counsel of record for the Respondent, and Assistant Attorney General Cara Hanna be substituted thereof, as well as replace Assistant Attorney General Stephen Hoffman as lead counsel. As reflected in the certificate of conference, Cade's counsel is unopposed. Any future documents should be sent to the same address (if physically delivered) or to the undersigned's email address (if electronic).

## CONCLUSION

The Director respectfully requests that the Court allow Ali M. Nasser to withdraw as counsel and substitute Cara Hanna as lead counsel of record for the Director.

|  |  |
|---|---|
|  | KEN PAXTON<br>Attorney General of Texas |
|  | JEFFREY C. MATEER<br>First Assistant Attorney General |
|  | MARK PENLEY<br>Deputy Attorney General<br>For Criminal Justice |
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
| *Lead Counsel | s/ Cara Hanna<br>CARA HANNA*<br>Assistant Attorney General<br>State Bar No. 24055622 |
|  | Post Office Box 12548, Capitol Station<br>Austin, Texas 78711<br>Tel: (512) 936-2144<br>cara.hanna@oag.texas.gov |
|  | *Counsel for Respondent* |

## CERTIFICATE OF CONFERENCE

Counsel for Cade indicated that they are not opposed to this substitution.

s/ Cara Hanna
CARA HANNA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, on June 10, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to counsel, who has consented in writing to accept this Notice as service of this document by electronic means:

> Tivon Schardl
> Federal Public Defender - Western District of Texas Capital Habeas Unit
> 919 Congress, Suite 950
> Austin, TX 78701
> 737-207-3008
> Email: Tivon_Schardl@fd.org

> Joseph Perkovich
> Phillips Black, Inc.
> PO Box 4544
> New York, NY 10163-4544
> 212-400-1660
> Email: j.perkovich@phillipsblack.org

s/ Cara Hanna
CARA HANNA
Assistant Attorney General
