IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYRONE CADE, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | No. 3:17-CV-03396-G-BT |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## ORDER GRANTING MOTION FOR ADDITIONAL PAGES IN REPLY BRIEF

Before the Court is Cade's unopposed motion (ECF no. 144) requesting authorization for an additional ten pages in his Reply brief. The motion is GRANTED. Cade is ORDERED to file a Reply brief not to exceed sixty pages in length.

SIGNED October 14, 2022.

_____
**REBECCA RUTHERFORD**
**UNITED STATES MAGISTRATE JUDGE**